PETER C. MIZER
Principal Deputy Assistant Attorney General
Civil Division, U.S. Department of Justice

CHRISTOPHER W. DEMPSEY 200499
Assistant Director, District Court Section
Office of Immigration Litigation

REGAN HILDEBRAND  MOBN 57438
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
U.S. Department of Justice
450 Fifth Street NW
Washington DC 20001
Phone: (202) 305-3797
Fax: (202) 616-8962
E-mail: Regan.Hildebrand@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HARPAL SINGH, ) | |
| ) | |
| Plaintiff, ) | **Case No. 3:15-cv-04934-MEJ** |
| ) | |
| v. ) | |
| ) | ~~PROPOSED~~ **ORDER RE:** |
| LORETTA LYNCH, UNITED STATES ) | **UNOPPOSED MOTION FOR AN** |
| ATTORNEY GENERAL; JEH JOHNSON, ) | **EXTENSION OF TIME** |
| SECRETARY OF HOMELAND ) | |
| SECURITY; KATHY BARAN, ) | |
| DIRECTOR OF THE CITIZENSHIP ) | |
| & IMMIGRATION SERVICES, ) | |
| CALIFORNIA SERVICE CENTER, ) | |
| ) | |
| Defendants. ) | Immigration Case |

The Court hereby GRANTS Defendants' motion for an extension of time. Defendants' response is due by April 5, 2016.

Notice of Appearance for Defendants          1
3:15-cv-04934-MEJ

Dated: February 18, 2016

_____
Honorable Maria-Elena James
United States District Court Judge

Notice of Appearance for Defendants     2
3:15-cv-04934-MEJ